Brignoni, Plaintiff and Appellee, v. Porto Rico Railway, Light and Power Company, Defendant and Appellant.

Appeal from the District Court of Humacao in an Action for Damages.—Memorandum of Costs.

No. 2621.—Decided May 1, 1922.

Decided on the grounds of the opinion delivered in the case of *García v. Porto Rico Railway, Light and Power Company, ante,* page 420.

*Messrs. J. H. Brown* and *C. Ruiz* for the appellant.
*Mr. A. Aponte* for the appellee.

*Affirmed.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Franco Soto concurred.

Mr. Justice Hutchison concurred in the judgment.